102 A.3d 1201

IN THE MATTER OF ANDREW K. MURRAY, AN ATTORNEY
AT LAW (ATTORNEY NO. 030461995).

December 5, 2014.

## ORDER

This matter have been duly presented to the Court pursuant to *Rule* 1:20–10(b), following the granting of a motion for discipline by consent in DRB 14–298 of **ANDREW K. MURRAY** of **POMPTON PLAINS,** who was admitted to the bar of this State in 1995;

And the Office of Attorney Ethics and respondent having signed a stipulation of discipline by consent in which it was agreed that respondent violated *RPC* 1.15(d) (failure to comply with the recordkeeping requirements of *Rule* 1:21–6);

And the parties having agreed that respondent's conduct violated *RPC* 1.15(d), and that said conduct warrants a reprimand or lesser discipline;

And the Disciplinary Review Board having determined that a reprimand is the appropriate discipline for respondent's unethical conduct and having granted the motion for discipline by consent in District Docket No. XIV–2013–0178E;

And the Disciplinary Review Board having submitted the record of the proceedings to the Clerk of the Supreme Court for the entry of an order of discipline in accordance with *Rule* 1:20–16(e);

And good cause appearing;

It is ORDERED that **ANDREW K. MURRAY** of **POMPTON PLAINS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual

expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.